**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **RUBIN CRAIN, IV, 12023660,** § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:13-CV-725-N (BF) |
| § | |
| **LAWRENCE PENNEY,** § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

Accordingly, Plaintiff Rubin Crain, IV's Motion for Preliminary Injunction [D.E. 39] is DENIED.

**SO ORDERED** this 6th day of June, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE