IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RUBIN CRAIN, IV, #12023660,  §  <br> Plaintiff, § <br> § <br> v. § <br> § <br> LAWRENCE PENNEY, § <br> Defendant. § | Civil Action No. 3:13-CV-725-N (BF) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Defendant Lawrence Penney's Motion for Summary Judgment [D.E. 59] is **GRANTED**.

**SO ORDERED** this 12th day of December, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE